| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>LESLEY E. WEAVER, 191305<br>199 FREMONT ST, 20TH FLR<br>SAN FRANCISCO, CA 941052255 | | (415) 434-9100 | |
| ATTORNEY FOR *(Name)*: **MATTHEW JOHNSON** | Ref. No. or File No.<br>Chiharu | | |

Insert name of court, judicial district or branch court, if any:

US DISTRICT COURT
450 GOLDEN GATE AVENUE 16TH FLOOR # 1111
SAN FRANCISCO, CA 94102

PLAINTIFF:

MATTHEW JOHNSON

DEFENDANT:

COMCAST OF CALIFORNIA

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C10-04147 |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**\*\*\*SEE LIST OF DOCUMENTS\*\*\*\***

ON: **COMCAST OF CALIFORNIA/COLORADO/WASHINGTON I, INC.**

AT: **818 West Seven Street**
   **Los Angeles, CA 90017**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**MARIA SANCHEZ - AGENT FOR SERVICE OF PROCESS -**

ON: **09/27/2010**
AT: **02:00 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **58.50**
    County: **LOS ANGELES**
    Registration No.: **834-C**
    **Diversified Legal Services, Inc.**
    **4665 Park Blvd**
    **San Diego, CA 92116**
    **(619) 260-8224**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 4, 2010.

Signature: _____
JEFF CORZINE

## PROOF OF SERVICE

Order#: 166708/GProof39

## LIST OF DOCUMENTS
### (Re: COMCAST OF CALIFORNIA/COLORADO/WASHINGTON I, INC.)

1. Summons in a Civil Action

2. Class Action Complaint

3. Civil Case Cover Sheet

4. Plaintiff's Certification of Interested Entities or Persons Pursuant to Civil

   Local Rule 3-16

5. Order Setting Case Management Conference

6. Contents of Joint Case Management Statement

7. Order Setting Initial Case Management Conference and ADR Deadlines

8. Instructions for Completion of ADR Forms Regarding Selection of an ADR

   Process

9. Welcome to the U.S. District Court, San Francisco (Instructions)

10. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of

    California (Booklet)