FRED W. ALVAREZ, State Bar No. 068115
STEPHEN L. TAEUSCH, State Bar No. 247708
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: falvarez@wsgr.com

TROY A. VALDEZ, State Bar No. 191478
VALDEZ DUNSON & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@vddlaw.com

Attorneys for Defendant
Comcast of California/Colorado/
Washington I, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW JOHNSON, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST OF CALIFORNIA/COLORADO/ WASHINGTON I, INC., a corporation, <br><br> Defendant. | CASE NO. C 10-04147 JSW <br><br> **CLASS ACTION** <br><br> **RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Complaint Filed: September 15, 2010 <br> Trial Date: None |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant California/Colorado/Washington I, Inc. is ultimately owned by Comcast Corporation, which is a publicly traded company. There are no additional publicly traded companies that own more than 10% of the stock of Defendant.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Comcast Corporation, Defendant's parent corporation.

Dated: November 1, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By: __/s/ Fred W. Alvarez_____
        Fred W. Alvarez

Attorneys for Comcast of California/Colorado/
Washington I, Inc

## ECF CERTIFICATION

I, Stephen L. Taeusch, am the ECF User whose identification and password are being used to file this Rule 7.1 Disclosure Statement and Certification of Interested Entities or Persons. In compliance with General Order 43.X.B, I hereby attest that Fred W. Alvarez has concurred in this filing.

Dated:  November 1, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811

By:   /s/ Stephen L. Taeusch
      Stephen L. Taeusch

RULE 7.1 DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS
CASE NO.: C10-04147 JSW

4157774_1.DOC