IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHNSON, and individual, on behalf of himself and all other similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.,<br><br>        Defendant.<br>_____/ | No. C 10-04147 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on January 14, 2011 on Defendant Comcast of California/ Colorado/Washington I, Inc.'s motion to stay all proceedings and/or to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 17, 2010 and a reply brief shall be filed by no later than November 24, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 2, 2010

                                                JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE