IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>COMCAST OF CALIFORNIA,<br><br>  Defendants.<br>_____/ | No.  C 10-04147 JSW<br><br>**ORDER RE OVERDUE STATUS REPORT** |

On January 6, 2011, the Court stayed this action and required the parties to submit status reports every 120 days.  The parties filed their first status report on May 13, 2011.  Their second status report is now overdue.  The parties are HEREBY ORDERED to submit a joint status report by no later than October 21, 2011, and shall continue submit status reports every 120 days thereafter until the stay is lifted.  The parties are HEREBY ADMONISHED that failure to submit timely status reports in the future may result in the issuance of an Order to Show Cause as to why monetary sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated:  October 11, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE