SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
LESLEY E. WEAVER (SBN 191305)
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415/992-7282
Facsimile: 415/489-7701
E-mail: lweaver@sfmslaw.com

(Additional Counsel Appear On Signature Page)

Attorneys for Plaintiff, Matthew Johnson,
Individually And On Behalf Of All Others Similarly Situated

TROY A. VALDEZ, California State Bar No. 191478
VALDEZ SEYEDIN-NOOR DUNSON & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202.5950
Facsimile: (415) 202.5951
Email: tvaldez@vddlaw.com

FRED W. ALVAREZ, California State Bar No. 068115
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493.9300
Facsimile: (650) 565-5100
Email: falvarez@vddlaw.com

Attorneys For Defendants
COMCAST OF CALIFORNIA/COLOARDO/WASHINGTON I, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOHNSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.<br><br>Defendant. | CIVIL ACTION NO. 3:10-CV-04147 JSW<br><br>**JOINT STATUS UPDATE OF RELATED STATE COURT LITIGATION**<br><br>Courtroom: 11 – 19th Floor<br>Judge: Jeffrey S. White |

Pursuant to this Court's January 6, 2011 Order granting Defendant Comcast of California/Colorado/Washington I, Inc.'s ("Comcast" or "Defendant") Motion to Stay, Plaintiff Matthew Johnson ("Plaintiff") and Comcast hereby submit the following Joint Status Update Regarding the Related State Court Litigation, which is based upon the representations of Defendant regarding the state court proceedings.

**STATUS OF STATE COURT LITIGATION**

The matter of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.*, currently pending in the Superior Court of California in and for Contra Costa County as Case No. C-08-01470, continues to move towards trial. The opt-out period for the class ended on June 27, 2011. At the last case management conference on November 17, 2011, the *Fayerweather* Court issued an order to show cause why decertification should not be granted. However, the *Fayerweather* Court postponed briefing on the order until the California Supreme Court issues its decision in *Brinker Restaurant Corp. v. Superior Court*, after which Plaintiff Fayerweather will have 45 days to submit a motion arguing why his case should not be decertified. Following Plaintiff Fayerweather's submission, Comcast Corporation and Comcast of Contra Costa, Inc. will have 45 days to submit an opposition to the motion. Following Comcast's opposition, Plaintiff Fayerweather will have 45 days in which to submit reply briefing.

Pursuant to California Rules of Court, the California Supreme Court has until April 12, 2012, at the latest, to issue its decision in *Brinker Restaurant Corp. v. Superior Court*. Accordingly, the latest possible date by which Plaintiff Fayerweather will have to submit his opening motion on the order to show cause is May 28, 2012. Based on the schedule set by the *Fayerweather* Court, briefing on the order to show cause should be completed no later than August 27, 2012. Should Comcast prevail on the order to show cause why decertification should not be granted, the *Fayerweather* Court will decertify the case.

No trial date has been set in the matter.

Dated: February 21, 2012

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

/s/

Lesley E. Weaver (SBN 191305)
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415/992-7282
Facsimile: 415/489-7701
lweaver@sfmslaw.com

John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com

James E. Miller (SBN 262553)
Karen M. Leser-Grenon (SBN 231189)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
kleser@sfmslaw.com

James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

Attorneys for Plaintiff, Matthew Johnson

Dated: February 21, 2012

VALDEZ SEYEDIN-NOOR DUNSON & DOYLE LLP

/s/
_____
TROY A. VALDEZ, State Bar No. 191478
VALDEZ SEYEDIN-NOOR DUNSON & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@vsnlaw.com

FRED W. ALVAREZ, State Bar No. 068115
JENNIFER M. MARTINEZ, State Bar No. 262081
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: falvarez@wsgr.com

Attorneys for Defendant
Comcast of California/Colorado/
Washington I, Inc.