SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
LESLEY E. WEAVER (SBN 191305)
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415/992-7282
Facsimile: 415/489-7701
E-mail: lweaver@sfmslaw.com

(Additional Counsel Appear On Signature Page)

Attorneys for Plaintiff, Matthew Johnson,
Individually And On Behalf Of All Others Similarly Situated

TROY A. VALDEZ, California State Bar No. 191478
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202.5950
Facsimile: (415) 202.5951
Email: tvaldez@vsnlaw.com

FRED W. ALVAREZ, California State Bar No. 068115
JENNIFER M. MARTINEZ, California State Bar No. 262081
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493.9300
Facsimile: (650) 565-5100
Email: falvarez@wsgr.com

Attorneys For Defendants
COMCAST OF CALIFORNIA/COLOARDO/WASHINGTON I, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOHNSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.<br><br>Defendant. | CIVIL ACTION NO. 3:10-CV-04147 JSW<br><br>**JOINT STATUS UPDATE OF RELATED STATE COURT LITIGATION**<br><br>Courtroom: 11 – 19th Floor<br>Judge: Jeffrey S. White |

Pursuant to this Court's January 6, 2011 Order granting Defendant Comcast of California/Colorado/Washington I, Inc.'s ("Comcast" or "Defendant") Motion to Stay, Plaintiff Matthew Johnson ("Plaintiff") and Comcast hereby submit the following Joint Status Update Regarding the Related State Court Litigation, which is based upon the representations of Defendant regarding the state court proceedings.

**STATUS OF STATE COURT LITIGATION**

The matter of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.*, currently pending in the Superior Court of California in and for Contra Costa County as Case No. C-08-01470, continues to move towards trial. The opt-out period for the class ended on June 27, 2011.

On April 12, 2012, the California Supreme Court issued its decision in *Brinker Restaurant Corp. v. Superior Court*. The *Brinker* decision triggered a briefing schedule pursuant to the *Fayerweather* Court's November 2011 Order to Show Cause Why The Matter Should Remain Certified. On May 25, 2012, Plaintiff Fayerweather submitted a motion for certification in response to the Court's Order to Show Cause. Defendants Comcast Corporation and Comcast of Contra Costa, Inc. have until July 16, 2012 to submit their opposition. Following Comcast's opposition, Plaintiff Fayerweather will have 45 days in which to submit reply briefing. Based on the schedule set by the *Fayerweather* Court, briefing on the Order to Show Cause should be completed no later than August 27, 2012. Should Comcast prevail on the Order to Show Cause Why The Matter Should Remain Certified, the *Fayerweather* Court will decertify the case.

/ / /

No trial date has been set in the matter.

Dated: June 19, 2012

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

_____/s/_____
Lesley E. Weaver (SBN 191305)
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: 415/992-7282
Facsimile: 415/489-7701
lweaver@sfmslaw.com

John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com

James E. Miller (SBN 262553)
Karen M. Leser-Grenon (SBN 231189)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
kleser@sfmslaw.com

James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

Attorneys for Plaintiff, Matthew Johnson

| | |
|---|---|
| Dated: June 19, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| | _____/s/_____ |
| | FRED W. ALVAREZ, State Bar No. 068115 |
| | JENNIFER M. MARTINEZ, State Bar No. 262081 |
| | Professional Corporation |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| | Email: falvarez@wsgr.com |
| | |
| | TROY A. VALDEZ, State Bar No. 191478 |
| | VALDEZ NOOR TODD & DOYLE LLP |
| | 116 New Montgomery Street, Suite 210 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 202-5950 |
| | Facsimile: (415) 202-5951 |
| | Email: tvaldez@vsnlaw.com |
| | |
| | Attorneys for Defendant |
| | Comcast of California/Colorado/ |
| | Washington I, Inc. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer M. Martinez, am the ECF User whose identification and password are being used to file the **Joint Status Update of Related State Court Litigation**. In compliance with General Order 45.X.B., I hereby attest that each of the signatories above has concurred in this filing.

Dated: June 19, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
Jennifer M. Martinez

Attorneys for Defendant
Comcast of California/Colorado/
Washington I, Inc.