ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com
(Additional Counsel Appear On Signature Page)

Attorneys for Plaintiff, Matthew Johnson,
Individually And On Behalf Of All Others Similarly
Situated

TROY A. VALDEZ, California State Bar No. 191478
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202.5950
Facsimile: (415) 202.5951
Email: tvaldez@vsnlaw.com

FRED W. ALVAREZ, California State Bar No. 068115
JENNIFER M. MARTINEZ, State Bar No. 262081
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493.9300
Facsimile: (650) 565-5100
Email: falvarez@wsgr.com

Attorneys For Defendants
COMCAST OF CALIFORNIA/COLOARDO/WASHINGTON I, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOHNSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.<br><br>Defendant. | CIVIL ACTION NO. 3:10-CV-04147 JSW<br><br>**JOINT STATUS UPDATE OF RELATED STATE COURT LITIGATION**<br><br><br>Courtroom: 11 – 19th Floor<br>Judge: Jeffrey S. White |

Pursuant to this Court's January 6, 2011 Order granting Defendant Comcast of California/Colorado/Washington I, Inc.'s ("Comcast" or "Defendant") Motion to Stay, Plaintiff Matthew Johnson ("Plaintiff") and Comcast hereby submit the following Joint Status Update Regarding the Related State Court Litigation, which is based upon the representations of Defendant regarding the state court proceedings.

**STATUS OF STATE COURT LITIGATION**

The matter of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.*, currently pending in the Superior Court of California in and for Contra Costa County as Case No. C-08-01470, continues to move towards trial. The opt-out period for the class ended on June 27, 2011. At the last case management conference on November 17, 2011, the *Fayerweather* Court issued an order to show cause why decertification should not be granted (the "Order to Show Cause"). The briefing schedule on the Order to Show Cause was triggered by the April 12, 2012 publication of the California Supreme Court's opinion in the seminal case, *Brinker Restaurant Corp. v. Superior Court*.

The parties completed briefing on the Order to Show Cause as of September 17, 2012. A hearing on the Order to Show Cause is currently scheduled for October 26, 2012. Should Comcast prevail on the Order to Show Cause, the *Fayerweather* Court will decertify the case.

No trial date has been set in the matter.

Dated: October 17, 2012

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

_____/s/_____
ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com

John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com

James E. Miller (SBN 262553)
Karen M. Leser-Grenon (SBN 231189)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
kleser@sfmslaw.com

James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

Attorneys for Plaintiff, Matthew Johnson

Dated: October 17, 2012           VALDEZ NOOR TODD & DOYLE LLP

                                  _____/s/_____
                                  TROY A. VALDEZ, State Bar No. 191478
                                  VALDEZ NOOR TODD & DOYLE LLP
                                  116 New Montgomery Street, Suite 210
                                  San Francisco, CA 94105
                                  Telephone: (415) 202-5950
                                  Facsimile: (415) 202-5951
                                  Email: tvaldez@vsnlaw.com

                                  FRED W. ALVAREZ, State Bar No. 068115
                                  JENNIFER M. MARTINEZ, State Bar No. 262081
                                  WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation
                                  650 Page Mill Road
                                  Palo Alto, CA 94304-1050
                                  Telephone: (650) 493-9300
                                  Facsimile: (650) 565-5100
                                  Email: falvarez@wsgr.com

                                  Attorneys for Defendant
                                  Comcast of California/Colorado/
                                  Washington I, Inc.

Joint Status Update Re Related State Litigation
CASE NO.  3:10-CV-04147 JSW

**ATTESTATION PURSUANT TO LOCAL RULE**

  I, Jennifer M. Martinez, am the ECF User whose identification and password are being used to file the Joint Status Update of Related State Court Litigation. In compliance with local rule, I hereby attest that each of the signatories above has concurred in this filing.

Dated: October 17, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/_____
   Jennifer M. Martinez
   jmartinez@wsgr.com

Attorneys for Defendant
Comcast of California/Colorado/Washington I, Inc.