ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (619) 234-7334
Email: rluzon@sfmslaw.com
(Additional Counsel Appear On Signature Page)

Attorneys for Plaintiff, Matthew Johnson,
Individually And On Behalf Of All Others Similarly
Situated

TROY A. VALDEZ, California State Bar No. 191478
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202.5950
Facsimile: (415) 202.5951
Email: tvaldez@vsn.law.com

FRED W. ALVAREZ, California State Bar No. 068115
ALLISON B. MOSER, California State Bar No. 223065
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com

Attorneys For Defendants
COMCAST OF CALIFORNIA/COLOARDO/WASHINGTON I, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOHNSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.<br><br>Defendant. | CIVIL ACTION NO. 3:10-CV-04147 JSW<br><br>**JOINT STATUS UPDATE OF RELATED STATE COURT LITIGATION**<br><br>Courtroom: 11 – 19th Floor<br>Judge: Jeffrey S. White |

1

Joint Status Update Re Related State Litigation
CASE NO. 3:10-CV-04147 JSW
C:\Documents and Settings\JP017916\Desktop\Comcast Johnson - Joint Status Update [2_14_13]_(PALIB1_5393564_1).DOCX

Pursuant to this Court's January 6, 2011 Order granting Defendant Comcast of California/Colorado/Washington I, Inc.'s ("Comcast" or "Defendant") Motion to Stay, Plaintiff Matthew Johnson ("Plaintiff") and Comcast hereby submit the following Joint Status Update Regarding the Related State Court Litigation, which is based upon the representations of Defendant regarding the state court proceedings.

**STATUS OF STATE COURT LITIGATION**

The matter of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.* is still currently pending in the Superior Court of California in and for Contra Costa County as Case No. C-08-01470.  On December 17, 2012, the *Fayerweather* Court issued an order decertifying the class, a copy of which was attached to the parties' previous Joint Status Update Regarding the Related State Court Litigation.  As the case was decertified, Plaintiff Gabriel Fayerweather is now only pursuing his claims individually against Comcast.

On February 8, 2013, Plaintiff/Appellant Gabriel Fayerweather filed a Notice of Appeal in Contra Costa Superior Court.  Appellant's opening brief is due by June 27, 2013, and Respondent Comcast Corporation and Comcast of Contra Costa has sixty (60) days from the date the Appellant's opening brief is filed to file the Respondents' brief.

Dated:  June 14, 2013

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

_____/s/_____
ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA  92101
Telephone:  (619) 235-2416
Facsimile:  (619) 234-7334
Email:  rluzon@sfmslaw.com

John F. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com

Joint Status Update Re Related State Litigation
CASE NO.  3:10-CV-04147 JSW
C:\Documents and Settings\JP017916\Desktop\Comcast Johnson - Joint Status Update [2_14_13]_(PALIB1_5393564_1).DOCX

| | |
|---|---|
| 1 | James E. Miller (SBN 262553) |
| 2 | Karen M. Leser-Grenon (SBN 231189)<br>SHEPHERD, FINKELMAN, MILLER &<br>   SHAH, LLP |
| 3 | 65 Main Street<br>Chester, CT 06412 |
| 4 | Telephone: (860) 526-1100<br>Facsimile: (860) 526-1120 |
| 5 | jmiller@sfmslaw.com<br>kleser@sfmslaw.com |
| 6 | James C. Shah (SBN 260435)<br>SHEPHERD, FINKELMAN, MILLER & |
| 7 |    SHAH, LLP<br>35 East State Street |
| 8 | Media, PA 19063<br>Telephone: (610) 891-9880 |
| 9 | Facsimile: (610) 891-9883<br>jshah@sfmslaw.com |
| 10 | Attorneys for Plaintiff, Matthew Johnson |
| 11 | Dated:  June 14, 2013         VALDEZ NOOR TODD & DOYLE LLP |
| 12 |                     /s/                                                     |
| 13 | TROY A. VALDEZ, State Bar No. 191478<br>VALDEZ NOOR TODD & DOYLE LLP |
| 14 | 116 New Montgomery Street, Suite 210<br>San Francisco, CA 94105 |
| 15 | Telephone: (415) 202-5950 |
| 16 | Facsimile: (415) 202-5951<br>Email: tvaldez@vsnlaw.com |
| 17 | FRED W. ALVAREZ, State Bar No. 068115 |
| 18 | ALLISON B. MOSER, State Bar No. 223065<br>JONES DAY |
| 19 | Silicon Valley Office |
| 20 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 21 | Telephone: (650) 739-3939<br>Facsimile: (650)  739-3900 |
| 22 | Email: falvarez@jonesday.com |
| 23 | Attorneys for Defendant |
| 24 | Comcast of California/Colorado/<br>Washington I, Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

Joint Status Update Re Related State Litigation
CASE NO.  3:10-CV-04147 JSW
C:\Documents and Settings\JP017916\Desktop\Comcast Johnson - Joint Status Update [2_14_13]_(PALIB1_5393564_1).DOCX

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

    I, Allison B. Moser, am the ECF User whose identification and password are being used to file the Joint Status Update of Related State Court Litigation. In compliance with General Order 45.X.B., I hereby attest that each of the signatories above has concurred in this filing.

Dated: June 14, 2013                                            JONES DAY

                                                                 By: /s/_____
                                                                         Allison B. Moser
                                                                         amoser@jonesday.com

                                           Attorneys for Defendant
                                           Comcast of California/Colorado/Washington I, Inc.

4

Joint Status Update Re Related State Litigation
CASE NO. 3:10-CV-04147 JSW
C:\Documents and Settings\JP017916\Desktop\Comcast Johnson - Joint Status Update [2_14_13]_(PALIB1_5393564_1).DOCX