ROSE F. LUZON (SBN 221544)
SHEPHERD, FINKELMAN, MILLER &
  SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA  92101
Telephone:  (619) 235-2416
Facsimile:  (619) 234-7334
Email:  rluzon@sfmslaw.com
(Additional Counsel Appear On Signature Page)

Attorneys for Plaintiff, Matthew Johnson,
Individually And On Behalf Of All Others Similarly
Situated

TROY A. VALDEZ, California State Bar No. 191478
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202.5950
Facsimile: (415) 202.5951
Email: tvaldez@vsn.law.com

FRED W. ALVAREZ, California State Bar No. 068115
ALLISON B. MOSER, California State Bar No. 223065
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com

Attorneys For Defendants
COMCAST OF CALIFORNIA/COLORADO/WASHINGTON I, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOHNSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.<br><br>          Defendant. | CIVIL ACTION NO. 3:10-CV-04147 JSW<br><br>**JOINT STATUS UPDATE OF RELATED STATE COURT LITIGATION**<br><br><br>Courtroom:  11 – 19th Floor<br>Judge:          Jeffrey S. White |

Pursuant to this Court's January 6, 2011 Order granting Defendant Comcast of California/Colorado/Washington I, Inc.'s ("Comcast" or "Defendant") Motion to Stay, Plaintiff Matthew Johnson ("Plaintiff") and Comcast hereby submit the following Joint Status Update Regarding the Related State Court Litigation, which is based upon the representations of Defendant regarding the state court proceedings.

**STATUS OF STATE COURT LITIGATION**

The matter of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.* is still currently pending in the Superior Court of California in and for Contra Costa County as Case No. C-08-01470. On December 17, 2012, the *Fayerweather* Court issued an order decertifying the class, a copy of which was attached to the parties' previous Joint Status Update Regarding the Related State Court Litigation.

On February 8, 2013, Plaintiff/Appellant Gabriel Fayerweather filed a Notice of Appeal in Contra Costa Superior Court. Appellant filed its opening brief on August 13, 2013. Respondent Comcast Corporation and Comcast of Contra Costa has ninety (90) days from the date the Appellant's opening brief is filed to file the Respondents' brief.

Dated:  October 14, 2013               SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

                                       /s/
                                       ROSE F. LUZON (SBN 221544)
                                       SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
                                       401 West A Street, Suite 2350
                                       San Diego, CA  92101
                                       Telephone:  (619) 235-2416
                                       Facsimile:  (619) 234-7334
                                       Email:  rluzon@sfmslaw.com


                                       John F. Edgar
                                       EDGAR LAW FIRM LLC
                                       1032 Pennsylvania Ave.
                                       Kansas City, MO 64105
                                       Telephone: (816) 531-0033
                                       Facsimile: (816) 531-3322
                                       jfe@edgarlawfirm.com

James E. Miller (SBN 262553)
Karen M. Leser-Grenon (SBN 231189)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
kleser@sfmslaw.com

James C. Shah (SBN 260435)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

Attorneys for Plaintiff, Matthew Johnson

Dated: October 14, 2013        VALDEZ NOOR TODD & DOYLE LLP

_____/s/_____
TROY A. VALDEZ, State Bar No. 191478
VALDEZ NOOR TODD & DOYLE LLP
116 New Montgomery Street, Suite 210
San Francisco, CA 94105
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@vsnlaw.com

FRED W. ALVAREZ, State Bar No. 068115
ALLISON B. MOSER, State Bar No. 223065
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com

Attorneys for Defendant
Comcast of California/Colorado/
Washington I, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

    I, Allison B. Moser, am the ECF User whose identification and password are being used to file the Joint Status Update of Related State Court Litigation.  In compliance with General Order 45.X.B., I hereby attest that each of the signatories above has concurred in this filing.

Dated:  October 15, 2013

JONES DAY

By: /s/_____
    Allison B. Moser
    amoser@jonesday.com

Attorneys for Defendant
Comcast of California/Colorado/Washington I, Inc.

SVI-133656v1