IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUSTIN POOLE, et al.,

          Plaintiffs,

    v.

COMCAST CORPORATION, et al.,

          Defendants.

NO. C13-3772 TEH

ORDER OF REFERRAL

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Jeffrey White to consider whether it is related to *Johnson v. Comcast of California/Colorado/Washington I, Inc.*, Case No. C10-4147 JSW.

**IT IS SO ORDERED.**

Dated: 11/20/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT