FRED W. ALVAREZ, State Bar No. 68115
ALLISON B. MOSER, State Bar No. 223065
EMILIE O. REESLUND, State Bar No. 294204
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
Email: falvarez@jonesday.com
Email: amoser@jonesday.com

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ LAW GROUP LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@valdezlawgroup.com
Email: edoyle@valdezlawgroup.com

Attorneys For Defendant
Comcast of California/Colorado/Washington I, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW JOHNSON, On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST OF CALIFORNIA/ COLORADO/WASHINGTON I, INC.<br><br>Defendant. | CIVIL ACTION NO. 3:10-CV-04147 JSW<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO THE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendant Comcast Cable Communications Management, LLP has changed its name to:

>Valdez Law Group LLP
>1901 Harrison Street, Suite 1450
>Oakland, CA 94612

PLEASE TAKE FURTHER NOTICE that the telephone number and facsimile number remain the same.

Dated: September 28, 2015    VALDEZ LAW GROUP LLP

/s/ Troy A. Valdez
TROY A. VALDEZ

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC