1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    MATTHEW JOHNSON,                          Case No.  10-cv-04147-JSW

8              Plaintiff,

9         v.

10   COMCAST OF
     CALIFORNIA/COLORADO/
11   WASHINGTON I, INC,

12            Defendant.

13   DUSTIN POOLE,                              Case No.  13-cv-03772-JSW

14            Plaintiff,

15        v.

16   COMCAST CORPORATION, et al.,

17            Defendants.

18   DANIEL CANADAY, et al.,                    Case No.  15-cv-04648-JSW

19            Plaintiffs,

20        v.

21   COMCAST CORPORATION, et al.,

22            Defendants.

23   EDMUNDO ORTEGA, JR., et al.,               Case No.  15-cv-04676-JSW

24            Plaintiffs,

25        v.

26   COMCAST CORPORATION, et al.,

27            Defendants.

28

United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| JASON WILLIAMS, et al., | Case No. 15-cv-04732-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| LAMBERTO VALENCIA, et al., | Case No. 15-cv-04771-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| JEFFREY COLEMAN, et al., | Case No. 15-cv-04782-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| RICHARD NELSON, et al., | Case No. 15-cv-04793-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |
| CALEB DUBOIS, et al., | Case No. 15-cv-04809-JSW |
| Plaintiffs, | |
| v. | |
| COMCAST CORPORATION, et al., | |
| Defendants. | |

GREGORY PETERS, et al.,

    Plaintiffs,

  v.

COMCAST CORPORATION, et al.,

    Defendants.

Case No.  15-cv-04869-JSW

**ORDER TO PARTIES TO MEET AND CONFER AND FILE JOINT STATUS REPORT FOR THE PURPOSE OF DETERMINING RELATIONSHIP BETWEEN CASES**

   Currently pending before this Court are two sets of related cases.

   First, *Johnson v. Comcast of California/Colorado/Washington I., Inc.*, No. 10-cv-04147-JSW, and *Poole v. Comcast Corporation*, No. 13-cv-03772-JSW, are related to each other. *Johnson* and *Poole* are stayed pending final resolution of *Fayerweather v. Comcast Corporation and Comcast of Contra Costa, Inc.*, Superior Court of California in and for Contra Costa County No. C-08-01470.  The parties in *Johnson* and *Poole* have been ordered to submit status reports to this court every 120 days, which are currently overdue.

   Second, *Canaday v. Comcast Corp.*, 15-cv-04648-JSW; *Ortega v. Comcast Corp.*, 15-cv-04676-JSW; *Williams v. Comcast Corp.*, 15-cv-04732-JSW; *Valencia v. Comcast Corp.*, 15-cv-04771-JSW; *Coleman v. Comcast Corp.*, 15-cv-04782-JSW; *Nelson v. Comcast Corp.*, 15-cv-04793-JSW; *DuBois v. Comcast Corp.*, 15-cv-04809-JSW; and *Peters v. Comcast Corp.*, 15-cv-04869-JSW, are related to each other.  Plaintiffs in these cases were previously class members in the *Fayerweather* action.  The Court has set a trial date in *Canaday* and *Valencia*. The Court has set a cut-off for fact discovery in *Ortega*, *Williams*, *Coleman*, *Nelson*, *DuBois*, and *Peters* that follows the trials in *Canaday* and *Valencia*.  A further case management conference is scheduled in these eight related cases for September 9, 2016 at 11:00 a.m.

   The Court hereby ORDERS the parties in each of the above-captioned cases to meet and confer with each other regarding whether these ten cases should all be related to each other or otherwise coordinated.  *See* N.D. Cal. Civil L.R. 1-5(n), 3-12.  Additionally, the Court ORDERS the parties in each of the above-captioned cases to meet and confer regarding whether a stay of any or all of these cases remains, or is now, appropriate under *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 818-19 (1976).  Following the meet-and-confer process,

United States District Court
Northern District of California

3

the parties shall file a joint status report and/or an appropriate motion in each of these ten cases, no later than August 1, 2016, addressing the issues raised in this order.  The parties are encouraged to file a single joint status report in all ten of the related cases, which may have separate subsections for case-specific topics.  The parties may also file case-specific joint status reports as necessary.

**IT IS SO ORDERED.**

Dated: July 13, 2016

JEFFREY S. WHITE
United States District Judge

4