FRED W. ALVAREZ, State Bar No. 068115
EMILIE O. REESLUND, State Bar No. 294204
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739.3900
Email: falvarez@jonesday.com
Email: ereeslund@jonesday.com

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ LAW GROUP LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@valdezlawgroup.com
Email: edoyle@valdezlawgroup.com

Attorneys for Defendant
COMCAST OF CALIFORNIA/COLORADO/
WASHINGTON I, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST OF<br>CALIFORNIA/COLORADO/<br>WASHINGTON I, INC.,<br><br>　　　　Defendant. | Case No. 10-cv-04147-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER** |

The Court has reviewed the December 1, 2016 joint status report. The parties request that the stay of proceedings remain in place for an additional limited period of time for the purpose of finalizing a settlement. The Court GRANTS this request. This case remains stayed.

Furthermore, the parties have expressed that there is no relationship between this case and *Canaday v. Comcast Corp.,* No. 15-cv-4648, and all other cases related to *Canaday* based on the fact that this case involves a single Plaintiff who worked for Comcast for approximately a year and half, and separate counsel than the counsel handling *Canaday* represents Plaintiff in this case. The Court ORDERS that this case shall not be related to *Canaday* and all other cases related to *Canaday*.

The Court hereby ORDERS the parties to file a further joint status report no later than January 2, 2016, if this case remains pending at that time. In addition to any other issues that the parties may address in the joint status report, the parties shall address whether this case should remain stayed.

**IT IS SO ORDERED.**

Dated: _____

_____
JEFFREY S. WHITE
United States District Judge