FRED W. ALVAREZ, State Bar No. 068115
EMILIE O. REESLUND, State Bar No. 294204
JONES DAY
Silicon Valley Office
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739.3900
Email: falvarez@jonesday.com
Email: ereeslund@jonesday.com

TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ LAW GROUP LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone: (415) 202-5950
Facsimile: (415) 202-5951
Email: tvaldez@valdezlawgroup.com
Email: edoyle@valdezlawgroup.com

Attorneys for Defendant
COMCAST OF CALIFORNIA/COLORADO/
WASHINGTON I, INC.

JAMES C. SHAH, State Bar No. 260435
SHEPARD, FINKELMAN, MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Telephone (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

Attorneys for Plaintiff
MATTHEW JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST OF CALIFORNIA/COLORADO/<br>WASHINGTON I, INC.,<br><br>　　　　Defendant. | Case No. 10-cv-04147-JSW<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF MATTHEW JOHNSON AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MATTHEW JOHNSON by and through his counsel of record and DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC (Erroneously sued herein as "COMCAST OF CALIFORIA/COLORADO/WASHINGTON I, INC.) by and through its attorneys of record, **HEREBY STIPULATE** that the individual action of Plaintiff Matthew Johnson is dismissed with prejudice in its entirety, and the class claims are dismissed without prejudice, in their entirety, with each party to bear its own attorneys' fees and costs.

Dated: February 1, 2017　　　　　　　　　　　SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: /s/ *James C. Shah*
　　　James C. Shah

Attorney for Plaintiff
MATTHEW JOHNSON

Dated: February 1, 2017　　　　　　　　　　　VALDEZ LAW GROUP LLP

By: /s/ *Troy A. Valdez*
　　　Troy A. Valdez

Attorney for Defendant
COMCAST CABLE COMMUNCATIONS MANAGEMENT, LLC

**[PROPOSED] ORDER**

The Court has reviewed the Request for Dismissal. Pursuant to FRCP 41(a), the Court hereby DISMISSES Plaintiff's individual claims with prejudice and his Class Claims without prejudice. Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**


Dated: _____       _____
                                                                             JEFFREY S. WHITE
                                                                          United States District Judge