1  FRED W. ALVAREZ, State Bar No. 068115
   EMILIE O. REESLUND, State Bar No. 294204
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Rd.
   Palo Alto, CA 94303
4  Telephone: (650) 739-3939
   Facsimile: (650) 739.3900
5  Email: falvarez@jonesday.com
   Email: ereeslund@jonesday.com
6
7  TROY A. VALDEZ, State Bar No. 191478
   ERIN M. DOYLE, State Bar No. 233113
8  VALDEZ LAW GROUP LLP
   1901 Harrison Street, Suite 1450
9  Oakland, California 94612
   Telephone: (415) 202-5950
10 Facsimile: (415) 202-5951
   Email: tvaldez@valdezlawgroup.com
11 Email: edoyle@valdezlawgroup.com

12 Attorneys for Defendant
   COMCAST OF CALIFORNIA/COLORADO/
13 WASHINGTON I, INC.

14 JAMES C. SHAH, State Bar No. 260435
   SHEPARD, FINKELMAN, MILLER & SHAH, LLP
15 35 East State Street
   Media, PA 19063
16 Telephone (610) 891-9880
   Facsimile: (610) 891-9883
17 jshah@sfmslaw.com

18 Attorneys for Plaintiff
   MATTHEW JOHNSON

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21

22 MATTHEW JOHNSON,                       )  Case No. 10-cv-04147-JSW
                                          )
23        Plaintiff,                      )  **STIPULATION OF DISMISSAL** ~~OF~~
                                          )  ~~PLAINTIFF MATTHEW JOHNSON~~
          v.                              )  **AND** ~~[PROPOSED]~~ **ORDER**
24                                        )
   COMCAST OF CALIFORNIA/COLORADO/        )
25 WASHINGTON I, INC.,                    )
                                          )
26        Defendant.                      )
                                          )
27                                        )
   _____)
28

---

STIPULATION OF DISMISSAL ~~OF PLAINTIFF MATTHEW JOHNSON~~ AND ~~[PROPOSED]~~ ORDER
CASE NO. 10-cv-04147-JSW

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MATTHEW
2  JOHNSON by and through his counsel of record and DEFENDANT COMCAST CABLE
3  COMMUNICATIONS MANAGEMENT, LLC (Erroneously sued herein as "COMCAST OF
4  CALIFORIA/COLORADO/WASHINGTON I, INC.) by and through its attorneys of record,
5  **HEREBY STIPULATE** that the individual action of Plaintiff Matthew Johnson is dismissed
6  with prejudice in its entirety, and the class claims are dismissed without prejudice, in their
7  entirety, with each party to bear its own attorneys' fees and costs.

Dated: February 1, 2017                    SHEPHERD, FINKELMAN, MILLER &
                                           SHAH, LLP

                                           By: /s/ *James C. Shah*
                                                   James C. Shah

                                           Attorney for Plaintiff
                                           MATTHEW JOHNSON


Dated: February 1, 2017                    VALDEZ LAW GROUP LLP

                                           By: /s/ *Troy A. Valdez*
                                                   Troy A. Valdez

                                           Attorney for Defendant
                                           COMCAST CABLE COMMUNCATIONS
                                           MANAGEMENT, LLC

**[PROPOSED] ORDER**

The Court has reviewed the Request for Dismissal.  Pursuant to FRCP 41(a), the Court hereby DISMISSES Plaintiff's individual claims with prejudice and his Class Claims without prejudice.  Each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:   February 1, 2017

JEFFREY S. WHITE
United States District Judge